# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| JOHN B. BERRY, SR., INDIVIDUALLY AND AS NEXT FRIEND OF JOHN B. BERRY, JR., AN INCAPACITATED PERSON, AND PATRICIA P. BERRY | § § § § § § | |
| **Plaintiffs** | § | No. 4:13-cv-02030 |
| VS. | § § § | |
| THE EPISCOPAL DIOCESE OF TEXAS; THE UNIVERSITY OF THE SOUTH a/k/a SEWANEE | § § § § | |
| **Defendants** | § | |

## ORDER

ON THIS 12th day of August, 2013, came on to be heard Plaintiffs' Motion to Dismiss. After considering the Motion, it is the opinion of this Court that said Motion should be granted.

IT IS, THEREFORE, ORDERED that Plaintiff's Motion to Dismiss is, in all things, GRANTED, without prejudice to the refiling of same.

SIGNED this 12th day of August, 2013.

_____
JUDGE PRESIDING

730860